**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-40751

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QUADRO CORPORATION, ET AL.,

Defendants,

QUADRO CORPORATION; WADE L.
QUATTLEBAUM; RAYMOND L. FISK;
MALCOLM S. ROE,

Defendants-Appellants.

Appeal from the United States District Court
for the Eastern District of Texas
(1:96-CV-38)

September 8, 1997

Before POLITZ, Chief Judge, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

This matter is on appeal by Quadro Corporation, et al., of a permanent

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

injunction issued upon petition of the United States of America. Having considered the briefs and oral arguments of counsel, and pertinent parts of the record, and finding neither reversible error nor abuse of discretion, the judgment appealed is AFFIRMED.